Leonard Stuckert, by John Stuckert, plaintiff in error, v. James J. Moran, defendant in error. Gen. No. 7,535.

Action for malpractice. Judgment for defendant on directed verdict. Error to the Circuit Court of La Salle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed January 19, 1926.

John J. Massieon and Butlers & Butlers, for plaintiff in error. Duncan & O'Connor, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.

---

Angela McKay, by C. M. McKay, appellee, v. Briggs Coffman, appellant. Gen. No. 7,552.

Action for personal injury by automobile. Judgment for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed January 19, 1926.

Marsh, Rice, Lewis & Thompson, for appellant. Hardy, Hardy, Bardens & Hardy, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Warren Corning & Company, appellee, v. Joliet Textile Mills, Inc., appellant. Gen. No. 7,576.

Bill to cancel contract and for injunction and an accounting. Decree for complainant. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed January 19, 1926.

Donovan, Bray & Gray, for appellant. Dyrenforth, Lee, Chritton & Wiles, for appellee; George A. Chritton, Alfred J. Parker and John H. Savage, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

Clyde Schooley, appellee, v. Wilson Provision Company, appellant. Gen. No. 7,579.

Action for personal injury in collision of motor trucks. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. C. V. Miles, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed January 19, 1926.

Miller, Elliott & Westervelt, for appellant; John M. Elliott and Joseph L. Johnson, of counsel. Nathan H. Weiss, for appellee.

Mr. Justice Partlow delivered the opinion of the court.